THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Joe Mueller, Carl DiPace, John Maize, Jan Maize and Joseph Calandra, Appellants,
 v.
 South Carolina Department of Health and Environmental Control, Office of Ocean and Coastal Resource Management and Park West Development, LLC, Respondents.
 
 
 

Appeal From Charleston County
 Kenneth G. Goode, Circuit Court Judge
Memorandum Opinion No. 2007-MO-051
Heard April 5, 2007  Filed July 23, 2007   
AFFIRMED

 
 
 
 Amy E. Armstrong and James S. Chandler, Jr., of South Carolina Environmental Law Project, of Pawleys Island, for Appellants.
 Carlisle Roberts, Jr., General Counsel, and Sara P. Bazemore, Staff Attorney, both of S.C. Department of Health and Environmental Control, of Columbia, and Evander Whitehead, of  S.C. Department of Health and Environmental Control, of North Charleston, for Respondent South Carolina Department of Health and Environmental Control, Office of Ocean and Coastal Resource Management.
 Ellison D. Smith, IV, of Smith, Bundy, Bybee & Barnett, of Mt. Pleasant, and James B. Richardson, Jr., of Columbia, for Respondent Park West Development, LLC.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: Sierra Club v. Kiawah Resort Assoc., 318 S.C. 119, 456 S.E.2d 297 (1995) (role of this Court is to determine whether the ruling of the Coastal Zone Management Appellate Panel is supported by substantial evidence).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.